UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | CASE NO. 3:20-CV-614-JD-MGG |
| LEATHA HENDRICKS, *et al.*, | |
| Defendants. | |

### REPORT AND RECOMMENDATION

On August 21, 2020, Defendant Chase National Corp. ("Chase National") filed its Motion for Judgment on the Pleadings in this interpleader action. Chase asks the Court to grant the Motion and enter an order releasing $15,828.50 from the insurance proceeds already deposited with the Clerk of this Court to cover funeral expenses as assigned. [*See* DE 18]. At a hearing on another matter before the undersigned on November 19, 2020, the parties reported their agreement that Chase National's Motion should be granted and that the requested funds should be disbursed.

Accordingly, the undersigned **RECOMMENDS** that the Court **GRANT** Chase National's Motion for Judgment on the Pleadings. [DE 13]. The undersigned also **RECOMMENDS** that the Clerk be ordered to disburse $15,828.50 to Defendant, Chase National Corp. in care of its attorney of record, Robert C. Wilson of Jackson & Wilson LLC, 117 W. Poplar St., PO Box 544, Harrisburg, IL 62946.

**NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve**

**and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED** this 19th day of November 2020.

S/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge
